UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

**IN RE:**                                                             **CASE NO.: 2:26-bk-14338-BR**
                                                                            **CHAPTER 11**

**SAICP Hotel, LLC,**
   **Debtor.**

_____/

### **REQUEST FOR SERVICE**

   **PLEASE TAKE NOTICE THAT** the undersigned hereby appears as a creditor. ("Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and  served upon the undersigned and the following be added to the Court's Master Mailing List:

**SHIODA LANGLEY & CHANG, LLP**
**1063 E. LAS TUNAS DR.**
**SAN GABRIEL, CA 91776**

Shioda Langley & Chang, LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Telephone: 626-281-1232

By: /s/Steven Chang

Steven Chang
Email: schang@slclawoffice.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

And via electronic mail to:

Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Ron Maroko    ron.maroko@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

By: /s/ John Martinez