FILED & ENTERED

MAY 05 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

[ SAICP HOTEL LLC,
dba Le Meridien Pasadena
Arcadia]                          ],



                    Debtor in Possession.

Case No.: 2    26-14338BR

CHAPTER 11

**ORDER:**
**(1) SETTING DEADLINE FOR FILING
CHAPTER 11 DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION;
(2) SETTING PRELIMINARY HEARING ON
ADEQUACY OF DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION; AND
(3) SETTING FORTH MANDATORY
CONTENTS OF CHAPTER 11 DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF
REORGANIZATION**

Date:       JULY 28, 2026
Time:       10:00 A.M.
Courtroom:  1668
            255 East Temple Street
            Los Angeles, CA 90012

-1-

The debtor in possession filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 30, 2026.  The Court, having reviewed the debtor in possession's petition and attached documents (to the extent that any documents, including schedules, were filed with the petition), concludes that it is proper to set a deadline for the time to file the Disclosure Statement and Plan of Reorganization.

**THEREFORE, IT IS HEREBY ORDERED** that the debtor in possession file a Disclosure Statement and Plan of Reorganization on or before July 9, 2026.  The Court will review the Disclosure Statement and Plan of Reorganization to assure compliance with §§ 1123 and 1125(a)(1) of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that a preliminary hearing will be held on July 28, 2026  at 10:00 a.m. in Courtroom 1668 of the above-entitled Court for the purpose of reviewing the adequacy of the Disclosure Statement and Plan of Reorganization;

**IT IS FURTHER ORDERED** that if a Disclosure Statement and Plan of Reorganization have not been timely filed, the Court may either dismiss or convert the case at that time.  Furthermore, if a Disclosure Statement and Plan of Reorganization have been filed and the Court determines that the Disclosure Statement and Plan of Reorganization are not adequate, the Court may either dismiss or convert the case at that time;

**IT IS FURTHER ORDERED** that the chapter 11 disclosure statement shall include the following Table of Contents and shall contain all of the information listed therein, as well as any additional relevant provisions and information that may be applicable to the debtor in possession's chapter 11 case.  **If any of the provisions listed below are not applicable, the debtor in possession shall nevertheless include the heading of the provision followed by the words "Not Applicable."**

**CHAPTER 11 DISCLOSURE STATEMENT TABLE OF CONTENTS**:

I.    INTRODUCTION

    A.  Purpose of This Document

    B.  Deadlines for Voting and Objecting; Date of Plan Confirmation and Hearing

       1.  Time and Place of the Confirmation Hearing

       2.  Deadline for Voting For or Against the Plan

       3.  Deadline for Objecting to the Confirmation of the Plan

       4.  Identity of Person to Contact for More Information Regarding the

Plan

C. Disclaimer

D. Source of the Information Contained in the Disclosure Statement

E. The Accounting Method Used to Produce Financial Information and the Identity of the Accountant(s) or Others Responsible for Such Information

II.    BACKGROUND

A. Description and History of the Debtor's Business

B. Principals/Affiliates of Debtor's Business

C. Management of the Debtor Before and After the Bankruptcy, Including Qualifications and Compensation

D. Relationship of the Debtor With Affiliates, Subsidiaries, Merger or Acquisition Interests, Plan Proponents

E. Events Leading to Chapter 11 Filing

F. Significant Events

   1. Bankruptcy Proceedings

   2. Other Legal Proceedings

   3. Description of the Available Assets and Their Value

   4. Actual and Projected Recovery of Preferential or Fraudulent Transfers

   5. Collectability of Accounts Receivable, Counter Claims, Etc.

   6. Procedures Implemented to Resolve Financial Problems

   7. Current and Historical Financial Conditions

   8. Anticipated Future of the Company

III.    SUMMARY OF THE PLAN OF REORGANIZATION

A. What Creditors and Interest Holders Will Receive Under the Proposed Plan

B. Unclassified Claims

   1. Administrative Expenses

   2. Priority Tax Claims

C. Classified Claims and Interests

   1. Classes of Secured Claims

   2. Classes of Priority Unsecured Claims

       3.  Classes of General Unsecured Claims

       4.  Classes of Interest Holders

D.  Means of Effectuating the Plan

       1.  Funding for the Plan

       2.  Post-Confirmation Management

       3.  Disbursing Agent

E.  Risk Factors

F.  Other Provisions of the Plan

       1.  Executory Contract and Unexpired Leases

          a.  Assumptions

          b.  Rejections

       2.  Retention of Jurisdiction

G.  Tax Consequences of the Plan

IV.    CONFIRMATION REQUIREMENTS AND PROCEDURES

A.  Who May Vote or Object

       1.  Who May Object to Confirmation of the Plan

       2.  Who May Vote to Accept/Reject the Plan

          a.  What Is an Allowed Claim/Interest

          b.  What Is an Impaired Claim/Interest

       3.  Who is <u>Not</u> Entitled to Vote

       4.  Who Can Vote in More Than One Class

       5.  Votes Necessary to Confirm the Plan

       6.  Votes Necessary for a Class to Accept the Plan

       7.  Treatment of Non-Accepting Classes

       8.  Request for Confirmation Despite Non-Acceptance by Impaired Classes

B.  Liquidation Analysis

C.  Feasibility

V.    EFFECT OF CONFIRMATION OF PLAN

A.  Discharge

B.  Revesting of Property in the Debtor

C.  Modification of Plan

D.  Post-Confirmation Status Report

E.  Quarterly Fees

F.  Post-Confirmation Conversion/Dismissal

G.  Final Decree

VI.      SUPPORTING DECLARATIONS

VII.     SUPPORTING EXHIBITS

EXHIBIT A – LIST OF ALL ASSETS

EXHIBIT B – PROJECTED INCOME AND EXPENSES STATEMENTS

EXHIBIT C – LIST OF ADMINISTRATIVE EXPENSE CLAIMS

EXHIBIT D – LIST OF UNSECURED CREDITORS

EXHIBIT E – LIST OF EQUITY INTERESTS

EXHIBIT F – UNEXPIRED LEASES AND EXECUTORY CONTRACTS TO BE ASSUMED

EXHIBIT G – [OTHER] (IF APPLICABLE)]

**IT IS FURTHER ORDERED** that the chapter 11 plan shall include the following Table of Contents and shall contain all of the information listed therein, as well as any additional relevant provisions and information that may be applicable to the debtor in possession's chapter 11 case.  **If any of the provisions listed below are not applicable, the debtor in possession shall nevertheless include the heading of the provision followed by the words "Not Applicable."**

**CHAPTER 11 PLAN OF REORGANIZATION TABLE OF CONTENTS**:

I.  INTRODUCTION

II.  CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

A.  General Overview

B.  Unclassified Claims

1.  Administrative Expenses

2.  Priority Tax Claims

C.  Classified Claims and Interests

1.  Classes of Secured Claims

2.  Classes of Priority Unsecured Claims

3.  Classes of General Unsecured Claims

4.  Classes of Interest Holders

D. Means of Effectuating the Plan

    1. Funding for the Plan

    2. Post-Confirmation Management

    3. Disbursing Agent

III. TREATMENT OF MISCELLANEOUS ITEMS

  A. Executory Contracts and Unexpired Leases

    1. Assumptions

    2. Rejections

  B. Retention of Jurisdiction

IV. EFFECT OF CONFIRMATION OF PLAN

  A. Discharge

  B. Revesting of Property in the Debtor

  C. Modification of Plan

  D. Post-Confirmation Status Report

  E. Quarterly Fees

  F. Post-Confirmation Conversion/Dismissal

  G. Final Decree

EXHIBIT A – [include any relevant exhibits here]

**IT IS FURTHER ORDERED** that counsel for the debtor in possession is to forthwith serve a copy of this Order on the United States Trustee, on all creditors' committees and, if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.

**IT IS FURTHER ORDERED** that a status report is due fourteen days before the status conference hearing.  For all further status conference, status reports are due two weeks before the status conference.

**IT IS SO ORDERED**.

###

Date: May 5, 2026

_____

Barry Russell
United States Bankruptcy Judge